| | |
|---|---|
| ROBERT BIRMINGHAM AND CHERYL BIRMINGHAM, <br><br> Plaintiffs, <br><br> v. <br><br> SANDALS RESORTS INTER-NATIONAL LTD., GRAND PINE-APPLE BEACH RESORTS, UNIQUE VACATIONS, INC., and JOHN DOES 1-20 (named being fictitious) <br><br> Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Hon. Claire C. Cecchi, U.S.D.J. <br><br> Civil Action No. 10-2490 <br><br> **AMENDED <br> PRETRIAL SCHEDULING ORDER** |

THIS MATTER having come before the Court by request of all parties during the in-person status conference held before Joseph A. Dickson, U.S.M.J. on August 1, 2011, and for good cause shown:

IT IS on this 2nd day of August, 2011:

ORDERED THAT the Amended Pretrial Scheduling Order dated April 20, 2011 is hereby amended as follows:

1. Fact discovery is to remain open through **September 1, 2011**. No discovery is to be engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **October 1, 2011**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

3. There shall be an **in person** settlement conference before the undersigned on **October 20, 2011 at 10:00 a.m.** in Courtroom 4A, Martin Luther King Courthouse Building, 50 Walnut Street, Newark, New Jersey. **All parties with full settlement authority are required**

**to attend the conference.**

    4.    All responding expert reports shall be delivered by **November 1, 2011.** Any such report shall be in the form and content as described above.

    5.    Depositions of all experts are to be taken and completed **by December 15, 2011.**

*[signature]*

**JOSEPH A. DICKSON**
**United States Magistrate Judge**

cc:    Hon. Claire C. Cecchi, USDJ
       All Parties
       File